**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CR-00140-RJC-DSC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **LAVONTA JONES,** | ) | |
| | ) | |
| Defendant. | ) | |

       **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Brian W. Stolarz]" (document #54). The Motion was referred to the undersigned on July 9, 2021. For the reasons set forth therein, the Motion will be <u>granted</u>

       The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

       **SO ORDERED**.

Signed: July 12, 2021

David S. Cayer
United States Magistrate Judge